**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

| | |
|---|---|
| **HILARIO BENITEZ MARTINEZ AND BEATRIZ MARTINEZ,** § § § | |
| Plaintiffs, § | |
| § | **CIVIL ACTION NO. 6:16-CV-00005** |
| v. § | |
| § | **JURY** |
| **STATE FARM LLOYDS AND ANN JENNE,** § § | |
| Defendants. § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs files this Notice of Settlement, and respectfully notifies the Court as follows:

1) On February 5, 2016, Plaintiffs and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

**MOSTYN LAW**

*/s/ René M. Sigman*
René M. Sigman
State Bar No. 24037492
J. Ryan Fowler
Texas Bar No. 24058357
Sean C. Timmons
Texas Bar No. 24067908
rmsdocketefile@mostynlaw.com
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 5th day of February, 2016, as follows:

*/s/ René M. Sigman*
René M. Sigman