UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| HILARIO BENITEZ MARTINEZ AND BEATRIZ MARTINEZ, <br><br>Plaintiff, <br><br>v. <br><br>STATE FARM LLOYDS AND ANN JENNE, <br><br>Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 6:16-cv-00005 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Hilario Benitez Martinez and Beatriz Martinez (hereinafter "Plaintiffs") and Defendants State Farm Lloyds and Ann Jenne (hereinafter "Defendants") announce to the Court that the parties have resolved all claims between and among them in this matter. Therefore, Plaintiffs and Defendants hereby move that this matter be dismissed, with prejudice, as to any and all claims which Plaintiffs brought, or could have brought, in this case against Defendants.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Joint Stipulation of Dismissal with Prejudice and enter an Order of Dismissal with Prejudice. The parties request all such other and further relief to which they may be justly entitled.

Respectfully Submitted,

*/s/ J. Steve Mostyn /wp*

J. STEVE MOSTYN
State Bar No. 00798389
jsmdocketfile@mostynlaw.com
ANDREW P. TAYLOR
State Bar No. 24070723
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)
**ATTORNEYS FOR PLAINTIFFS**

*/s/ W. Neil Rambin*

W. NEIL RAMBIN
State Bar No. 16492800
rambindocket@sedgwicklaw.com
L. KIMBERLY STEELE
State Bar No. 04127600
kimberly.steele@sedgwicklaw.com
SEDGWICK LLP
1717 Main Street, Suite 5400
Dallas, Texas  75201
(469) 227-8200
(469) 227-8004 (Fax)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on the 21st day of March, 2016.

Rene M. Sigman
J. Steve Mostyn
The Mostyn Law Firm
3810 West Alabama Street
Houston, Texas 77027

_____
W. NEIL RAMBIN