UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| HILARIO BENITEZ MARTINEZ AND BEATRIZ MARTINEZ, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:16-cv-00005 |
| v. | § § | |
| STATE FARM LLOYDS AND ANN JENNE, | § § § | |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be heard the Joint Stipulation of Dismissal with Prejudice of Plaintiffs Hilario Benitez Martinez and Beatriz Martinez (hereinafter "Plaintiffs") and Defendants State Farm Lloyds and Ann Jenne, (hereinafter "Defendants") to dismiss any and all claims between or among them, with prejudice. Upon consideration of the Joint Stipulation, the Court is of the opinion that said Joint Stipulation should be, and hereby is, GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that: any and all claims of Plaintiffs against Defendants are dismissed, with prejudice, to the rights of Plaintiffs to re-file same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is DENIED.

SIGNED this 24th day of March, 2016.

_____
PRESIDING JUDGE

Order of Dismissal with Prejudice– Solo page
82865249v1